**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 16-11038 |
|---|---|---|
| | § | |
| CONNECTIA YVAIL ROOKS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $300.00 | Assets Exempt: | $4,000.00 |
| Total Distributions to Claimants: | $1,280.31 | Claims Discharged Without Payment: | $28,413.37 |
| Total Expenses of Administration: | $511.30 | | |

3) Total gross receipts of $1,791.61  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,791.61 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $746.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $511.30 | $511.30 | $511.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $28,624.00 | $17,292.68 | $17,292.68 | $1,280.31 |
| **Total Disbursements** | $29,370.00 | $17,803.98 | $17,803.98 | $1,791.61 |

4). This case was originally filed under chapter 7 on 03/31/2016. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2018          By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking account 17.1. 6596 PNC Bank | 1129-000 | $15.62 |
| 2015 Tax Refund | 1224-000 | $1,775.99 |
| **TOTAL GROSS RECEIPTS** | | **$1,791.61** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aaron's Sales and Lease | 4110-000 | $746.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$746.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $447.90 | $447.90 | $447.90 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $50.25 | $50.25 | $50.25 |
| Green Bank | 2600-000 | NA | $13.15 | $13.15 | $13.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$511.30** | **$511.30** | **$511.30** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GATEWAY FINANCIAL SOLUTIONS | 7100-000 | $14,084.00 | $14,388.25 | $14,388.25 | $1,065.28 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $571.10 | $571.10 | $42.28 |
| 3 | Ascension Services LP | 7100-000 | $355.00 | $465.96 | $465.96 | $34.50 |
| 4 | American InfoSource LP as agent for | 7100-000 | $1,784.00 | $1,750.37 | $1,750.37 | $129.59 |
| 5 | Regional Recovery Services | 7100-000 | $0.00 | $117.00 | $117.00 | $8.66 |
| | Account Resolution Service | 7100-000 | $130.00 | $0.00 | $0.00 | $0.00 |
| | Allied Collection Service | 7100-000 | $199.00 | $0.00 | $0.00 | $0.00 |
| | AmeriCash Loans | 7100-000 | $1,708.00 | $0.00 | $0.00 | $0.00 |
| | ATG Credit LLC | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| | CBUSA, Inc | 7100-000 | $208.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Education Credit Management Corp | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $439.00 | $0.00 | $0.00 | $0.00 |
| | GLA Collection Company | 7100-000 | $27.00 | $0.00 | $0.00 | $0.00 |
| | Komyatte and Casbon PC | 7100-000 | $2,525.00 | $0.00 | $0.00 | $0.00 |
| | Seventh Avenue | 7100-000 | $275.00 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $818.00 | $0.00 | $0.00 | $0.00 |
| | TCF Bank Attn: Bankruptcy | 7100-000 | $631.00 | $0.00 | $0.00 | $0.00 |
| | TMobile | 7100-000 | $661.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,624.00 | $17,292.68 | $17,292.68 | $1,280.31 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 16-11038 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ROOKS, CONNECTIA YVAIL | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 2/8/2018 | §341(a) Meeting Date: | 05/12/2016 |
| | | Claims Bar Date: | 10/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2015 Chevrolet Impala Mileage: 8,000 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Vehicle is in friend's name. Debtor drives and pays for vehicle. | | | | | |
| 2  Stove/cooking unit, refrigerator, washer/dryer, microwave, flatware, cookwre, living room furniture, dining room furniture, tables & chairs, lamps & accessories, | $2,160.00 | $0.00 | | $0.00 | FA |
| 3  Bedroom furniture | $300.00 | $0.00 | | $0.00 | FA |
| 4  (2) Televisions and stereo equipment | $550.00 | $0.00 | | $0.00 | FA |
| 5  Checking account 17.1. 6596 PNC Bank | $1,061.51 | $15.63 | | $15.62 | FA |
| **Asset Notes:** Updated per amended schedules filed 6/22/16 (dkt 11) | | | | | |
| 6  PNC Bank - Checking Account 2263  (u) | $244.12 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended schedules filed 6/22/16 (dkt 11) | | | | | |
| 7  2015 Tax Refund  (u) | $0.00 | $1,776.00 | | $1,775.99 | FA |
| **Asset Notes:** No EIC. Adjusted value is Child Tax Credit: $1000 | | | | | |
| **TOTALS (Excluding unknown value)** | $4,315.63 | $1,791.63 | | $1,791.61 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

05/27/2017  2017 Reporting Period:
The Trustee collected a total of $1791.61, representing non-exempt funds in Debtor's bank account and non-exempt tax refund.

The Debtor has completed her planned payments. Case is ready for TFR

06/30/2016  2016 Reporting Period:
Asset Case - non-exempt portion of Debtor's 2015 tax refund and non-exempt funds in bank account.
Debtor to pay four installments of $447.90, with the final payment due on 10/29/16.

| Initial Projected Date Of Final Report (TFR): | 07/13/2017 | Current Projected Date Of Final Report (TFR): | 09/30/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-11038 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROOKS, CONNECTIA YVAIL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7131 | | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Rooks, Connectia |
| For Period Beginning: | 3/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2016 | | ROOKS, CONNECTIA YVAIL | Settlement for non-exempt tax refund & bank balance (1 of 6) | * | $447.93 | | $447.93 |
| | {7} | | Payment 1 of 6    $443.45 | 1224-000 | | | $447.93 |
| | {5} | | Payment 1 of 6    $4.48 | 1129-000 | | | $447.93 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.65 | $447.28 |
| 09/08/2016 | | ROOKS, CONNECTIA YVAIL | Settlement for non-exempt tax refund & bank balance (2 of 6) | * | $447.90 | | $895.18 |
| | {7} | | Payment 2 of 6    $443.42 | 1224-000 | | | $895.18 |
| | {5} | | Payment 2 of 6    $4.48 | 1129-000 | | | $895.18 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $893.88 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.34 | $892.54 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.39 | $891.15 |
| 12/08/2016 | | ROOKS, CONNECTIA YVAIL | Settlement for non-exempt tax refund & bank balance (3 of 6) | * | $223.95 | | $1,115.10 |
| | {7} | | Payment 3 of 6    $221.71 | 1224-000 | | | $1,115.10 |
| | {5} | | Payment 3 of 6    $2.24 | 1129-000 | | | $1,115.10 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.67 | $1,113.43 |
| 01/04/2017 | | ROOKS, CONNECTIA YVAIL | Settlement for non-exempt tax refund & bank balance (4 of 6) | * | $223.93 | | $1,337.36 |
| | {5} | | Payment 4 of 6    $1.48 | 1129-000 | | | $1,337.36 |
| | {7} | | Payment 4 of 6    $222.45 | 1224-000 | | | $1,337.36 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.11 | $1,335.25 |
| 02/21/2017 | | ROOKS, CONNECTIA YVAIL | Settlement for non-exempt tax refund & bank balance (5 of 6) | * | $223.95 | | $1,559.20 |
| | {5} | | Payment 5 of 6    $1.48 | 1129-000 | | | $1,559.20 |
| | {7} | | Payment 5 of 6    $222.47 | 1224-000 | | | $1,559.20 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.02 | $1,557.18 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.67 | $1,554.51 |

**SUBTOTALS**     $1,567.66     $13.15

**FORM 2**        Page No: 2      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-11038 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ROOKS, CONNECTIA YVAIL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7131 | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Rooks, Connectia |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | | ROOKS, CONNECTIA YVAIL | Settlement for non-exempt tax refund & bank balance (6 of 6) | * | $223.95 | | $1,778.46 |
| | {5} | | Payment 6 of 6      $1.46 | 1129-000 | | | $1,778.46 |
| | {7} | | Payment 6 of 6      $222.49 | 1224-000 | | | $1,778.46 |
| 01/10/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $50.25 | $1,728.21 |
| 01/10/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $447.90 | $1,280.31 |
| 01/10/2018 | 3003 | GATEWAY FINANCIAL SOLUTIONS | Claim #: 1; Amount Claimed: $14,388.25; Distribution Dividend: 7.40%; | 7100-000 | | $1,065.28 | $215.03 |
| 01/10/2018 | 3004 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $571.10; Distribution Dividend: 7.40%; | 7100-000 | | $42.28 | $172.75 |
| 01/10/2018 | 3005 | Ascension Services LP | Claim #: 3; Amount Claimed: $465.96; Distribution Dividend: 7.40%; | 7100-000 | | $34.50 | $138.25 |
| 01/10/2018 | 3006 | American InfoSource LP as agent for | Claim #: 4; Amount Claimed: $1,750.37; Distribution Dividend: 7.40%; | 7100-000 | | $129.59 | $8.66 |
| 01/10/2018 | 3007 | Regional Recovery Services | Claim #: 5; Amount Claimed: $117.00; Distribution Dividend: 7.40%; | 7100-000 | | $8.66 | $0.00 |

                                                                    **SUBTOTALS**        $223.95        $1,778.46

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-11038 | **Trustee Name:** David Leibowitz |
| **Case Name:** | ROOKS, CONNECTIA YVAIL | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***7131 | **Checking Acct #:** ******3801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Rooks, Connectia |
| **For Period Beginning:** | 3/31/2016 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 2/8/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | | $1,791.61 | $1,791.61 | $0.00 |
| | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | **Subtotal** | | $1,791.61 | $1,791.61 | |
| | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | **Net** | | $1,791.61 | $1,791.61 | |

**For the period of 3/31/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,791.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,791.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,791.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,791.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/03/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,791.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,791.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,791.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,791.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**  Page No: 4   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11038 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROOKS, CONNECTIA YVAIL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7131 | | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Rooks, Connectia |
| For Period Beginning: | 3/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,791.61 | $1,791.61 | $0.00 |

| For the period of 3/31/2016 to 2/8/2018 | | For the entire history of the case between 03/31/2016 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,791.61 | Total Compensable Receipts: | $1,791.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,791.61 | Total Comp/Non Comp Receipts: | $1,791.61 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,791.61 | Total Compensable Disbursements: | $1,791.61 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,791.61 | Total Comp/Non Comp Disbursements: | $1,791.61 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ